■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACK O. DOUGLAS, Appellant. (Appeal No. 2.) [786 NYS2d 765]—Appeal from a judgment of the Cayuga County Court (Peter E. Corning, J.), rendered August 21, 2003. The judgment convicted defendant, upon his plea of guilty, of sodomy in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Douglas* (13 AD3d 1093 [2004]). Present—Green, J.P., Gorski, Martoche, Lawton and Hayes, JJ.